**Slip Op. 02-85**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____
                                            :
FAG ITALIA, S.p.A., FAG BEARINGS CORP.,     :
SKF USA INC. and SKF INDUSTRIE S.p.A.,      :
                                            :
            Plaintiffs and                  :
            Defendant-Intervenors,          :
                                            :
      v.                                    :    Consol. Court No.
                                            :    97-11-01984
UNITED STATES,                              :
                                            :
            Defendant,                      :
                                            :
            and                             :
                                            :
THE TORRINGTON COMPANY,                     :
                                            :
            Defendant-Intervenor            :
            and Plaintiff.                   :
_____:

**ORDER**

This matter comes before the Court pursuant to the decision (May 24, 2002) of the Court of Appeals for the Federal Circuit ("CAFC") in FAG Italia, S.p.A. v. United States, 291 F.3d 806 (Fed. Cir. 2002), vacating in part the judgment of this Court in FAG Italia, S.p.A. v. United States, Slip Op. 00-82, 2000 Ct. Intl. Trade LEXIS 83 (CIT 1999).

Specifically, in accordance with the precedent set by the CAFC in SKF USA Inc. v. United States, 263 F.3d 1369 (Fed. Cir. 2001), the CAFC held that this case shall be remanded to Commerce for explanation "why [Commerce] uses a different definition of 'foreign like product' for price-based calculations for normal value than

[Commerce] does for calculations of constructed value." <u>FAG</u> <u>Italia, S.p.A.</u>, 291 F.3d at 808.  Accordingly, it is hereby

**ORDERED** that this case is remanded to Commerce to provide the necessary explanations; and it is further

**ORDERED** that the remand results are due within ninety (90) days of the date that this order is entered.  Any responses or comments are due within thirty (30) days thereafter.  Any rebuttal comments are due within fifteen (15) days after the date the responses or comments are due.

_____
                           NICHOLAS TSOUCALAS
                           SENIOR JUDGE

Dated:     August 7, 2002
           New York, New York